IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEO JEONG WON, aka JASMINE SEO and PARK YOUNG JA,<br><br>    Plaintiffs,<br><br>vs.<br><br>RAYMOND ENGLAND, JOSEPH SWEENEY and USA FEDERAL CREDIT UNION,<br><br>    Defendants.<br>_____ | Civil No. 07-00606 JMS LEK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on 7/15/08 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 18, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge