A Limited Liability Law Partnership LLP

FRANCIS P. HOGAN 2722-0
MICHAEL R. VIEIRA 8186-0

1099 Alakea Street, Suite 1400
Honolulu, Hawai`i 96813
Telephone: (808) 539-0400
Facsimile: (808) 533-4945
E-mail: fhogan@awlaw.com
mvieira@awlaw.com

Attorneys for Intervenor-Plaintiff
SEO KYOUNG WON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEO JEONG WON, also known as JASMINE SEO, and PARK YOUNG JA,<br><br>Plaintiffs,<br><br>vs.<br><br>RAYMOND ENGLAND; JOSEPH SWEENEY, AND USA FEDERAL CREDIT UNION,<br><br>Defendants. | CIVIL NO. CV07-00606 JMS/LEK<br>(Other Civil Action)<br><br>ORDER GRANTING PLAINTIFF-INTERVENOR SEO KYOUNG WON'S MOTION TO INTERVENE AS CO-PLAINTIFF<br><br>Evidentiary Hearing<br>Date: May 15, 2009<br>Time: 9:00 a.m.<br>Before: Hon. J. Michael Seabright |
| RAYMOND ENGLAND,<br><br>Plaintiff,<br><br>vs. | CIVIL NO. CV08-00158 JMS/LEK |

USA FEDERAL CREDIT UNION, )
Defendant. )

ORDER GRANTING PLAINTIFF- INTERVENOR SEO KYOUNG WON'S MOTION TO INTERVENE AS CO-PLAINTIFF

On March 16, 2009, Plaintiff-Intervenor Seo Kyoung Won ("Kyoung Won") filed her Motion to Intervene as Co-Plaintiff; Memorandum in Support of Intervenor Seo Kyoung Won's Motion to Intervene as Co-Plaintiff; Declaration of Michael R. Vieira; Exhibits "A" – "B"; Certificate of Service ("Motion"). Kyoung Won served the Motion on all parties electronically through EM/CEF. The Motion was set for hearing on May 15, 2009, at 9:00 a.m., before the Honorable J. Michael Seabright, United States District Judge.

By minute order of the U.S. District Court, dated May 5, 2009, the District Court ordered that the other parties were to file responses to the Motion by May 11, 2009, Intervenor was to file her reply, if any, by May 13, 2009, and the parties were to exchange witness lists for the hearing by May 13, 2009. Defendant United States Federal Credit Union ("Credit Union") filed its Statement of No Opposition on May 11, 2009. Defendant Raymond L England ("England") filed his Statement of No Position on May 11, 2009. Plaintiff Seo Jeong Won ("Jeong Won") did not file a response to the Motion. On May 13, 2009, Kyoung Won served her Witness List for the May 15th hearing and filed her Reply Memorandum in Support of

Motion to Intervene as Co-Plaintiff; Declaration of Francis P. Hogan; Exhibits "C" – "K"; Certificate of Service ("Kyoung Won's Reply").

On May 15, 2009, at the hearing of the Motion, Francis P. Hogan, Esq. and Michael R. Vieira, Esq. appeared on behalf of Kyoung Won, who was present; Ted N. Pettit, Esq. appeared on behalf of Plaintiff Jeong Won; and J. Brock McClane, Esq. and William M. Harstad, Esq. appeared on behalf of Defendant England. No other counsel or parties appeared.

The Court, having considered the arguments of counsel, the declarations, exhibits and written submissions of the parties, having heard and considered the credible oral testimony of Kyoung Won, having given all parties the opportunity to examine Kyoung Won, having reviewed the record herein, and for good cause, hereby finds and concludes as follows:

1. The Court finds that Kyoung Won is a credible witness.

2. The Court finds that Kyoung Won did not sign the document entitled "Release, Waiver and Assignment," which was filed on January 26, 2009 in the probate matter captioned, Estate of Young Ja Park, P. No. 09-1-0033, Circuit Court of the First Circuit, State of Hawaii ("Park Probate"), a copy of which document is attached as Exhibit "G" to Kyoung Won's Reply.

3. The Court finds that Kyoung Won did not sign the document entitled "Renunciation of Right to Appointment and Nomination of Personal

Representative," which was filed on January 26, 2009 in "Park Probate," a copy of which document is attached as Exhibit "H" to Kyoung Won's Reply.

4. The Court finds that the state court in the Park Probate ruled on May 8, 2009, that Kyoung Won's Petition was granted, that Kyoung Won is appointed the sole personal representative of the Estate of Young Ja Park, and that Jeong Won was discharged as personal representative, subject only to Kyoung Won filing an Amendment to her Petition stating that the Kyoung Won's intent under her original Petition filed March 12, 2009, was to obtain the discharge of Jeong Won as the personal representative in the informal probate as well as appointment of Kyoung Won as the sole personal representative in the formal probate.

5. The Court finds that the state court in the Park Probate has not yet entered its final written Order because the time provided by that Court's rule for counsel for Jeong Won to approve the form of the proposed order had not expired at the time of the hearing of the Motion.

6. Kyoung Won is entitled to intervention as of right, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, because Kyoung Won, individually and as personal representative of the Estate of Park Young Ja, has or claims an interest in the property that is the subject of this action, to wit, the interpleaded funds and the claims in the Second Amended Complaint, and is so situated that disposition of this action without Kyoung Won's participation would impair

Kyoung Won's ability to protect her interests in that property, and no other party adequately represents her interests herein.

7. Kyoung Won's Motion to Intervene as Co-Plaintiff is granted.

8. Kyoung Won, individually and as personal representative of the Estate of Park Young Ja, is aligned as a co-plaintiff with Jeong Won.

DATED: Honolulu, Hawaii, May 22, 2009.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge