IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEO JEONG WON, aka JASMINE SEO and PARK YOUNG JA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RAYMOND ENGLAND, JOSEPH SWEENEY and USA FEDERAL CREDIT UNION,<br><br>　　　　　Defendants. | CV 07-00606 JMS/LEK<br>CV 08-00158 JMS/LEK |
| RAYMOND ENGLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>USA FEDERAL CREDIT UNION, a Federal Charter Credit Union,<br><br>　　　　　Defendant. | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

　　Findings and Recommendation having been filed and served on all parties

on February 11, 2010, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, March 12, 2010.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge

*Won et al. v. England et al.*, Civ. No. 07-00606 JMS/LEK & Civ. No. 08-00158 JMS/LEK; Order Adopting Findings and Recommendation to Dismiss With Prejudice