IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEO JEONG WON, aka JASMINE SEO and PARK YOUNG JA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RAYMOND ENGLAND, JOSEPH SWEENEY and USA FEDERAL CREDIT UNION,<br><br>　　　　　Defendants.<br>_____<br>RAYMOND ENGLAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>USA FEDERAL CREDIT UNION, a Federal Charter Credit Union,<br><br>　　　　　Defendant.<br>_____ | CIV. NO.  07-00606 JMS/LEK<br>CIV. NO.  08-00158 JMS/LEK<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all

parties on March 30, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

2

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2010.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge

*Won et al. v. England et al.*, Civ. No. 07-00606 JMS/LEK & Civ. No. 08-00158 JMS/LEK, Order Adopting Magistrate's Findings and Recommendation

2